IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-199-D
No. 5:12-CV-778-D

| | |
|---|---|
| RONNIE D. RAINEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On July 25, 2014, Ronnie D. Rainey ("Rainey") again moved for reconsideration [D.E. 91]. The motion fails for the same reasons explained in this court's order of July 9, 2014 [D.E. 89]; see also [D.E. 33, 37, 47, 48, 56, 76]. The motion to supplement [D.E. 50] and motion to correct the PSR [D.E. 51] also lack merit. See [D.E. 52]. In sum, the motions [D.E. 50, 51, 91] are DENIED.

SO ORDERED. This **29** day of October 2014.

JAMES C. DEVER III
Chief United States District Judge