IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-199-D
No. 5:12-CV-778-D

| | | |
|---|---|---|
| RONNIE D. RAINEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Ronnie D. Rainey's ("Rainey") conviction is final and his efforts to obtain postconviction relief have failed. See [D.E. 37, 47, 48, 56, 57, 58, 76, 78, 82, 83, 84, 86, 89, 93]. Nonetheless, Rainey seeks to have a hearing on whether the court should amend its criminal judgment and order him to pay restitution. See [D.E. 98, 99]; cf. [D.E. 37] 5; [D.E. 48] 51–53, 63–64. Not later than April 24, 2015, the United States shall advise the court whether it seeks a restitution order in this case.

SO ORDERED. This 26 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge