UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-199-D

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | ORDER TO OBTAIN EXCESS FEES |
| | ] | |
| RONNIE D. RAINEY | ] | |

    Upon motion of the Defendant and for good cause shown, the undersigned United States District Court Judge, James C. Dever III, approves Defendant's Motion For Paralegal Fees In Excess of $800.00 as allowed on form CJA 21 to an amount of $1,494.64.

    SO ORDERED, this __3__ day of __December__, 2015.

                                      JAMES C. DEVER III
                                      UNITED STATES DISTRICT JUDGE