IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-199-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| RONNIE D. RAINEY, | ) |
| | ) |
| Defendant. | ) |

Various non-parties referenced in the amended judgment have filed pro se motions [D.E. 169, 170, 171, 175, 176, 177, 178, 182] to have their names removed from the amended judgment. The motions lack merit and are DENIED. See 18 U.S.C. §§ 3556, 3582(b).

SO ORDERED. This 26 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge