IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-199-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RONNIE D. RAINEY, ) | |
| ) | |
| Defendant. ) | |

On June 16, 2017, Ronnie Rainey filed a motion for clarification of sentence [D.E. 176].

The motion lacks merit and is DENIED. See [D.E. 48, 129, 130, 132, 145].

SO ORDERED. This 7 day of November 2017.

JAMES C. DEVER III
Chief United States District Judge